252 So.2d 452

### In the Matter of the Succession of Lacy Brandon Petersen CHRISTENSEN.

#### No. 51572.

Sept. 23, 1971.

In re: Frank B. Wood applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 248 So.2d 45.

Writ refused. The result is correct.

SUMMERS, J., is of the opinion the writ should be granted.

252 So.2d 452

### Mrs. Dolores L. ROBERTSON

v.

### Martin G. STAUB and Aetna Casualty and Surety Company.

#### No. 51575.

Sept. 23, 1971.

In re: Dolores L. Robertson applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 248 So.2d 353.

Writ denied. On the facts found there is no error of law in the judgment.